UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) <br> ) <br> Plaintiff,                ) <br> ) <br> v.                ) <br> ) <br> DANIEL L. KIDWELL,                ) <br> ) <br> Defendant.                ) <br> _____ ) | Case No. 2:16-cv-433-WBS-EFB <br><br> **ORDER GRANTING UNITED STATES' REQUEST TO APPEAR TELEPHONICALLY** |

After reviewing the United States' Request to Appear Telephonically, and for good cause being shown, the United States' motion is GRANTED.

It is hereby ORDERED that counsel for the United States, reachable at the number (202) 616-2380, may appear by telephone at the Status (Pretrial Scheduling) Conference scheduled for

1  July 5, 2016 at 1:30. The courtroom deputy shall email counsel with instructions on how to

2  participate in the telephone conference.

3      IT IS SO ORDERED.

4  Dated:  June 27, 2016

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8      Respectfully submitted this 27th day of June, 2016 by:

    CAROLINE D. CIRAOLO
    Acting Assistant Attorney General

    */s/ Alexander Stevko*
    ALEXANDER STEVKO
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044-0683
    Telephone: (202) 616-2380
    Facsimile: (202) 307-0054
    Email: Alexander.Stevko@usdoj.gov
          Western.Taxcivil@usdoj.gov

    Phillip A. Talbert
    United States Attorney
    Eastern District of California
    *Of Counsel*

    *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I, Alexander Stevko, certify that on June 27, 2016 I electronically filed the foregoing Proposed Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**R. Todd Luoma**
Todd@WilliamsTaxLaw.com
*Attorney for Daniel Kidwell*

/s/ Alexander E. Stevko\_
ALEXANDER E. STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-2380 (v)
202-307-0054 (f)
Alexander.Stevko@usdoj.gov